UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELANI EDIRISINGHE, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-0535-X |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § § § | |
| *Defendant.* | § | |

# DISMISSAL ORDER

In accordance with the Court's prior order at Doc. 20, the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 20th day of September, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1