UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MELANI EDIRISINGHE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-0535-X |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § § | |
| *Defendant.* | § § | |

## DISMISSAL ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice [Doc. No. 22]. The Court previously dismissed this case without prejudice pursuant to its 45-day dismissal order [Doc. No. 21]. Therefore, the Court considers the parties' joint stipulation as a joint motion to dismiss with prejudice. Having reviewed the parties' joint motion, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 13th day of October, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE